FILED IN OPEN COURT
ON 7.11.16 WSC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-cr-00221-BR-1
NO. 5:15-cr-00221-BR-2

| UNITED STATES OF AMERICA | : |
| --- | --- |
|  | : |
| v. | : |
|  | : |
| JAMES KELVIN WILSON | : |
| JOHN KENNEDY WILSON | : |

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendants, James Kelvin Wilson and John Kennedy Wilson, on February 2, 2016 to violations of 21 U.S.C. § 846 and 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: (a) a Smith and Wesson, model MP9, 9mm pistol, SN: DVD8538 and ammunition and (b) a Smith and Wesson, .38 caliber revolver, SN: CJF1175 and ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendants James

1

Kelvin Wilson and John Kennedy Wilson, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This _11_ day of _July_, 2016.

_____
W. EARL BRITT
Senior United States District Judge